THE STATE OF OHIO, APPELLANT, *v.* SCHOEN, APPELLEE.

[Cite as State *v.* Schoen (1990), 53 Ohio St. 3d 22.]

(No. 90-311—Submitted July 19, 1990—Decided July 25, 1990.)

*Michael Miller,* prosecuting attorney, and *Alan C. Travis,* for appellant.

*David O. Niehoff, Lianne L. Santellani* and *Harry Lewis,* for appellee.

The judgment of the court of appeals is reversed and the cause is remanded for trial on authority of *State* v. *Chippendale* (1990), 52 Ohio St. 3d 118, 556 N.E. 2d 1134.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT and RESNICK, JJ., concur.

H. BROWN, J., dissents.